UNITED STATES DISTRICT COURT
NORTHERN DISTRICT COURT OF CALIFORNIA

TYRUS MAHAFFERY,                          ) Case No.:  4:16-cv-01273-YGR
                                          )
          Plaintiff,                      ) NOTICE OF DISMISSAL WITHOUT
                                          ) PREJUDICE
     vs.                                  )
                                          )
                                          )
AFS INTERNATIONAL LLC,                    )
                                          )
          Defendants.                     )
_____ )

COMES NOW Plaintiff Tyrus Mahaffery, by and through his attorney of

record, seeking dismissal WITHOUT prejudice against AFS Internatinoal LLC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff requests this

Court dismiss the action without prejudice.

Dated this 21st Day of June, 2016.



GRANTED

Judge Yvonne Gonzalez Rogers

6/24/16

Respectfully Submitted,

By:/s/ Rory Leisinger
Rory Leisinger, Esq.
118 N. Citrus, Suite B
Covina, CA 91723
Tel: 626-290-2868
Rory@leisingerlaw.com
Attorney for Plaintiff,
TYRUS MAHAFFERY